IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRIS PARKS**                                                                                    **PLAINTIFF**

v.                                    **CASE NO. 4:25-cv-00376-JM-JTK**

**RICK D. NASH, et al.**                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 2nd day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE